UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ERNESTINE WARD,

                          Plaintiff,

                                              DECISION AND ORDER

                                              08-CV-6193L

                     v.

EMPIRE VISION CENTERS, INC.,

                          Defendant.

_____

By Decision and Order (Dkt. #90) filed February 18, 2010, this Court granted the defendant's motion for summary judgment and dismissed plaintiff's original and supplemental complaints. Plaintiff, proceeding *pro se,* has now filed a motion for reconsideration (Dkt. #92). I have considered plaintiff's motion and the cases referenced in support of that motion, and I find no basis to change, modify or reconsider this Court's prior decision granting summary judgment for the defendant.

     IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
      March 9, 2010.