UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ERNESTINE WARD,


                              Plaintiff,

                                                         DECISION AND ORDER

                                                         08-CV-6193L


                    v.


EMPIRE VISION CENTERS, INC.,



                              Defendant.
_____


        Plaintiff, Ernestine Ward, has filed a document entitled "Notice of Motion for a New Trial"

(Dkt. #94).  There was no trial in this case and, therefore, I treat the pleading as a Motion for

Reconsideration.  That motion is in all respects denied.

        IT IS SO ORDERED.


                                        _____
                                               DAVID G. LARIMER
                                            United States District Judge


Dated: Rochester, New York
       March 25, 2010.